UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

         Plaintiff,         CASE NO.: 21-20226-8-CR-BLOOM.

vs.

ANDRES GARCIA GARCIA,

         Defendant.

_____/

<u>DEFENDANT'S POSITION WITH RESPECT TO SENTENCING FACTORS,
AND OBJECTIONS TO THE PRESENTENCE REPORT</u>

The Defendant, ANDRES GARCIA GARCIA, by and through undersigned counsel hereby files his position with respect to the pre-sentence investigation report, (hereinafter "Report"), and response and objections thereto.

**Paragraphs 150,151.**

Defendant has no substantive objections or disagreement with the Offense Level and Criminal History Computations of the Report but notes that his Total Offense Level of nine (9), place him within Zone B of the Sentencing Table. Although the Office of Probation is correct that Title 18 U.S.C. § 3561(a)(1) and USSG § 5B1.1(b)(1), make Mr. GARCIA GARCIA ineligible for a sentence of probation, under USSG §5C1.1 (c) (3) when a defendant's Total Offense Level falls within Zone B of the Sentencing Table, **the court may impose a sentence of probation, ".. that includes a condition or combination of conditions that substitute intermittent confinement, community confinement, or home detention for imprisonment…".**

Respectfully submitted,

MIGUEL DEL AGUILA, P.A.
100 Almeria Avenue; Suite 220
Coral Gables, FL 33134
Florida Bar No.: 0232033
delaguilalaw@aol.com
/s/ *Miguel del Aguila*
     MIGUEL DEL AGUILA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of November 2021, a true and correct

copy of the above and foregoing has been furnished to the Clerk of this Court by using

the CM/ECF system which will send a notice of electronic filing to all counsel of record.


*/s/Miguel del Aguila*
MIGUEL DEL AGUILA